Form 3A
(10/05)

# United States Bankruptcy Court
__NORTHERN__ District Of __Illinois__

In re __Judith J Howard__
         Debtor

Case No. _____

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __74.75__    Check one ☐    With the filing of the petition, or
                            ☐    On or before __12/30/2010__
    $ __74.75__    on or before __2/29/2011__
    $ __74.75__    on or before __1/5/2011__
    $ __74.75__    on or before __1/19/2011__

    FILED
    UNITED STATES BANKRUPTCY COURT
    NORTHERN DISTRICT OF ILLINOIS
    DEC 28 2010
    KENNETH S. GARDNER, CLERK
    PS REP. - AJ

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____
Signature of Attorney          Date

_____
Name of Attorney

__/s/ Judith Howard__       __11/30/10__
Signature of Debtor          Date
(In a joint case, both spouses must sign.)

_____
Signature of Joint Debtor (if any)    Date